ACCEPTED
02-17-00423-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/11/2017 12:23 PM
DEBRA SPISAK
CLERK

## DOCKET NUMBER  02-17-00423-CV

KELLY THOMAS,

APPEALS

  Appellant

v.

CARL PUGLIESE AND SETH

JOHNS CMO OF CARL'S

HANDYMAN, AND

CULPEPPER PLUMBING &

AIRCONDITIOINING INC.

  Appellees

FILED IN
2nd COURT OF APPEALS
SECOND COURT OF FORT WORTH, TEXAS
12/11/2017 12:23:14 PM
DEBRA SPISAK
Clerk

STATE OF TEXAS

## WRIT OF MANDAMUS  RE: REPORTERS RECORD

Dear 2COA

On November 16 , 2017 you sent Appellant Kelly Thomas your opions regarding an insurance punitive damage case that the punitive damages was heard before the Original Petition, and it simply did not make sense , then I found the 2COA did not have all the records or all the reporters records, even though I had requested those records to be sent many many times. I was told by the Court that you had them all. You did not. I requested a rehearing for these cases 02- 16- 00376-CV  02-16-00379-CV.

On October 18 2017 under Trial Court Cause Number CV-2016-01764 things started becoming very clear and not knowing what to do I ran to the 2COA  in a pre-filing based on rule TRAP 27 nearly a month later as I had to calm down and try to understand why the

Trial Court was doing what they were doing, it made no sense and was even against the Texas Civil Procedure Rules.

November 17, 2017 I was struck in the head by ceiling attic vents and a light, which took me nearly two weeks to regain functional capacities, and I a direct result of the first insurance case in the TRIAL COUNTY COURT I had filed August 18 2016 which is reference on the Appeal Docket Numbers 02- 16- 00376-CV  02-16-00379-CV .

I have begged pleaded written tried very hard to politely ask the Court Reporter for all the Records and All the Reporters Records to be sent to the 2COA only to find the same obstruction after the on the first Appeal *(which should have never had to be appealed in the first place because the Trial Court should have NEVER heard Punitive Damages before hearing the Original Petition)*

### CV-2016-01764 Appeal Docket Number 02-17-00423-CV

On Friday December 8 2017 another long bought with the Court Reporter who tried to place the Deputy Clerk in the middle of their resistance. I became a bit aggravated , did not know what to do and called the 2COA, after several attempts to have all the records sent to you. December 11, 2017 I wrote again requested a dollar amount for this as shown below:

10:21 AM
To: Pam Smith

Regarding to Reporters record for CV-2016-01764 :

*Dear Pam,*

*I AM UNDER INABILITY TO AFFORD . I AM WANTING __ALL__ REPORTERS RECORDS SENT TO THE 2COA FOR THIS CAUSE NUMBER, ALL REPORTERS RECORDS*

*WHAT DO I NEED TO PAY YOU TO HAVE YOU SEND ALL THE REPORTS RECORDS. IF ANYTHING ?*

*Please let me know the amount so if I need to bring you money promptly I will make those arrangements. Please let me know how much I need to pay you if anything.*

*Thank you*

*Kelly Thomas*

**The 2COA CANNOT POSSIBLY BE EXPECTED TO REVIEW THE CASE ACCURATELY WITHOUT THE CORRECT TOOLS OR THE COOPERATION OF THE TRIAL COURT.**

Kelly Thomas <kelly_ann_thomas@yahoo.com>
To:Pam Smith
Nov 15 at 6:48 PM

Ms Smith

**Yes this is a correct list**

Thank you
Kelly Thomas

*On Wednesday, November 15, 2017, 5:26:08 PM CST, Pam Smith <Pam.Smith@dentoncounty.com> wrote:*

Miss Thomas,

*You are required per the rules to send me a letter designation.  Please make clear to me the dates of all hearings that you want included in this appeal.  It is your responsibility to let me know exactly which hearings you want included.*

*Thank you.*
Sent from my iPhone
*On Nov 15, 2017, at 4:06 PM, Pam Smith <Pam.Smith@dentoncounty.com> wrote:*

*Ms. Thomas,*

*I'm in receipt of your request for the reporter's record from multiple hearings in your cases.  I will list the dates below, and I need you to please confirm this is all you are requesting.*

*June 9, 2016*

*July 18, 2016*

*August 15, 2016*

*November 1, 2016*

*December 12, 2016*

*December 21, 2016*

*July 27, 2017*

*October 18, 2017*

*I will need to prepare these at my own time and expense, so please be sure these are the only hearings you need.*

*Thank you.*

*Respectfully,*

*Pamela Smith, CSR*

**Official Court Reporter**

**County Court at Law No. 2**

**1450 East McKinney Street**

**Suite 4310**

CONCLUSION :

The courts do not treat a litigant fairly when they insist that the litigant —

unaided and unable to obtain the services of a lawyer — negotiate a thicket of legal

formalities at peril of losing his or her right to be heard. Such a practice manifestly

excludes the poor and the unpopular, who may be unable to obtain counsel, from

access to justice. When a Trial Court wont cooperate it denies the Appellant access

to Justice.

PRAYER

Please forgive the Appellant, to bother the 2COA with this : however if the 2COA

finds to write a WRIT OF MANDAMUS to acquire all the Reporters Records

PLEASE DO SO. THE 2COA is a a disadvantage and cannot administer Justice

without the tools to do so. Please demand the Trial Courts total cooperation in this

matter.

Respectfully yours,

Kelly Thomas
 */s/ Kelly Thomas*
100 N Hill St
Pilot Point Texas
76258 P: 817-584-7191

E: kelly_ann_thomas@yahoo.com

## CERTIFICATE OF SERVICE

Pursuant of Texas Rules of Civil Procedure 21(a) I declare a true and correct copy of this document was sent to all parties and County Court Clerks via electronic service/ efiled on December 11, 2017

/s/ Kelly Thomas
Kelly Thomas
100 N Hill St
Pilot Point Texas 76258
P: 817-584-7191
E: kelly_ann_thomas@yahoo.com

## CERTIFICATE OF CONFERENCE

I certify I have conferred with Counsel for the Appellees on December 11 2017 regarding my request for the Records and Mandamus via electronic communication and left a voice mail with Mr Sawko and email with Dan Parat as well.

/s/ Kelly Thomas
100 N Hill St

Pilot Point Texas 76258 P:
817-584-7191

E: kelly_ann_thomas@yahoo.com